JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN KWOK, an individual | Case No.: 5:17-cv-02162-SVW-KK |
| Plaintiff, | [Assigned for all purposes to Hon. Stephen v. Wilson, judge presiding] |
| v. | **ORDER** Complaint Filed: |
| THE TJX COMPANIES, INC., a Delaware corporation; T.J. MAXX OF CA, LLC, a Delaware limited liability company; DEVI DESIGNS, LLC, a Massachusetts limited liability company; and DOES 1 through 10, inclusive, | October 20, 2017 |
| Defendants. | |

FOR GOOD CAUSE APPEARING, the following is hereby ORDERED:

A.    The complaint is dismissed with prejudice; and

B.    The parties will each bear their own costs, expenses, and attorneys' fees incurred in this action.

SO ORDERED.

Dated:   May 8, 2018        By: _____

Honorable Stephen V. Wilson